UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. O., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KENNETH T. CUCCINELLI, et al.,<br><br>    Defendants. | Case No. 19-cv-06151-SVK<br><br>**ORDER REGARDING BRIEFING SCHEDULE FOR PENDING MOTIONS**<br><br>Re: Dkt. Nos. 10, 11, 15 |

Pending before the Court are two motions: (1) Plaintiffs' motion for a preliminary injunction (Dkt. 10); and (2) Plaintiffs' administrative motion for leave to file anonymously (Dkt. 11). The Court informed the Parties that it would set a briefing schedule once Defendants appeared. Dkt. 15. Defendants appeared on October 30, 2019. Dkt. 21.

Accordingly, the Court **ORDERS** the Parties to meet and confer on a briefing schedule for Dkts. 10 and 11. The Parties are further **ORDERED** to submit a proposed schedule, or, if necessary, competing schedules, by **November 15, 2019.**

**SO ORDERED.**

Dated: November 5, 2019

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge