# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

A.O., et al.

        Plaintiff(s),

v.

KENNETH T. CUCCINELLI, et al.

        Defendant(s).

Case No: 5:19-CV-06151

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Katherine Kelly Fell, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs A.O., A.S.R., L.C., R.M., I.Z.M. in the above-entitled action. My local co-counsel in this case is Linda Dakin-Grimm, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Milbank LLP<br>55 Hudson Yards<br>New York, NY 10001 | Milbank LLP<br>2029 Century Park East 33rd Floor<br>Los Angeles, CA 90067 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (212) 530-5207 | (424) 386-4404 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| KFell@milbank.com | LDakin-grimm@milbank.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5177118.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/21/2020

                                                      /s/ Katherine Kelly Fell
                                                            APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Katherine Kelly Fell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 21, 2020

                                                      /s/ Susan van Keulen
                                   UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE