DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JAMES A. SCHARF (CABN 152171)
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5044
FAX: (408) 535-5081
E-mail: james.scharf@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A.O., et al.,<br><br>                 Plaintiffs,<br><br>   v.<br><br>KENNETH T. CUCCINELLI, et al.,<br><br>                 Defendants. | Case No. 19-CV-06151 SVK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER AUTHORIZING THE PARTIES TO SUBMIT SUPLEMENTAL BRIEFS RE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (As Modified)** |

The parties, through counsel, hereby stipulate and request the Court to (1) allow Defendants to file a supplemental brief not to exceed seven pages and a supplemental declaration on February 14, 2020, addressing developments that occurred after they filed their Opposition to Plaintiffs' Motion for a Preliminary Injunction; (2) allow Plaintiffs to file a response not to exceed seven pages on February 21, 2020; and (3) set a hearing on Plaintiffs' Motion for Preliminary Injunction.

In support of this request, Defendants submit: Defendants filed their Opposition to Plaintiffs' Motion for a Preliminary Injunction on December 3, 2019. Since that time, several significant developments have occurred that inform and impact issues of mootness, irreparable harm, and the appropriate scope of injunctive relief. Such developments include:

- On December 16, 2019, Plaintiffs provided their names and A-numbers to Defendants.
- After receiving Plaintiffs' names and A-numbers, Defendants notified Plaintiffs that all five of the Plaintiffs in this case are on the *J.L.* class list.
- On December 18, 2019, Magistrate Judge Cousins issued an Order Granting Final Approval of the Settlement Agreement in *J.L., et al., v. Kenneth T. Cuccinelli*, et al., Case No. 18-cv-04914-NC ("*J.L.*").
- The government has approved the petitions of the five named Plaintiffs in this action.

In addition, Defendants submit: On December 16, 2019, Magistrate Judge Cousins issued an Order to Show Cause Why Defendants Should Not Be Held in Civil Contempt in *J.L.*, based on defendants' failure to notify plaintiffs about removals of certain *J.L.* class members, in violation the court's preliminary injunction. *J.L.* Dkt. No. 224. In their Reply in Support of Motion for Preliminary Injunction, Dkt. No. 38, Plaintiffs referred to the *J.L.* Order to Show Cause, arguing "recent events in the *J.L.* litigation underscore why the court must issue an injunction." Dkt. No. 38 at 11:10. Because Plaintiffs raised this issue for the first time in their Reply, Defendants have not yet had the opportunity to address it.

The parties submit: Allowing the parties to submit supplemental briefs would be more fair and efficient than having Defendants attempt to argue these points during a hearing on Plaintiffs' Motion for a Preliminary Injunction. This will create a better record, and will help the Court correctly adjudicate Plaintiffs' Motion for a Preliminary Injunction. The parties, therefore, respectfully request the Court to issue the following proposed order.

Respectfully submitted,

Date: February 12, 2020                    By: /s/   Thomas R. Kreller

MILBANK LLP
THOMAS R. KRELLER
LINDA DAKIN-GRIMM
ANDREW B. LICHTENBERG
KATHERINE KELLY FELL

SOUTHWESTERN LAW SCHOOL
ANDREA RAMOS

Attorneys for Plaintiffs


DAVID L. ANDERSON
United States Attorney

Date: February 12, 2020                    /s/   James A. Scharf
JAMES A. SCHARF
Assistant United States Attorney
Attorneys for Defendants

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and based on good cause, it is hereby ordered that

(1) Defendants shall file a supplemental brief not to exceed seven pages and a supporting declaration on February 14, 2020, addressing developments that occurred after they filed their Opposition to Plaintiffs' Motion for a Preliminary Injunction.

(2) Plaintiffs shall file a response not to exceed seven pages on February 21, 2020.

(3) The Court will set a hearing after the briefs are received. hear Plaintiffs' Motion for Preliminary Injunction on _____.

IT IS SO ORDERED.

Dated: February 13, 2020                    _____
Magistrate Judge Susan van Keulen