UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. O., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KENNETH T. CUCCINELLI, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-06151-SVK<br><br>**ORDER IN PREPARATION FOR HEARING ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 10 |

The parties are set for hearing on Plaintiffs' motion for a preliminary injunction on March 24, 2020. Dkt. 10. In advance of the hearing, the Court identifies the following issues on which it would like the parties to focus:

1. The Court has considered carefully the cases of *White v. Lee*, 227 F.3d 1214 (9th Cir. 2000); *Rosebrock v. Mathis*, 745 F.3d 963 (9th Cir. 2014); and *Fikre v. Federal Bureau of Investigation*, 904 F.3d 1033 (9th Cir. 2018). How do the facts of the instant case compare with *White* and *Rosebrock,* and how should those comparisons guide this Court's decision?

2. Given that the class representatives' claims have been adjudicated, and in light of the current COVID-19 public health crisis, should the Court wait until the *J.L.* settlement is fully adjudicated to issue a decision on the instant motion?

3. If the Court finds that a preliminary injunction is warranted, what is the appropriate scope of the injunction, particularly, but not exclusively, with regards to an obligation on the Government to provide notification of an immigration action against any putative class member?

////

////

Additionally, in accordance with General Order 72, this hearing will be conducted telephonically. To ensure adequate connectivity, this hearing will be conducted via Court Call. Counsel are instructed to contact Court Call at 1-866-582-6878 to arrange for their telephonic appearances.

**SO ORDERED.**

Dated: March 18, 2020

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge