1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| A. O., et al., | Case No. 19-cv-06151-SVK |
| Plaintiffs, | **ORDER TERMINATING DEFENDANTS' ADMINISTRATIVE MOTION** |
| v. | |
| KENNETH T. CUCCINELLI, et al., | Re: Dkts. No. 10, 59 |
| Defendants. | |

The Court is in receipt of Defendants' Administrative Motion to file Supplemental Information Regarding Plaintiff's Motion for Preliminary Injunction. Dkt. 59. This matter is currently scheduled for a telephonic hearing on April 7, 2020. Dkt. 58. If the April 7, 2020 hearing has to be delayed due to the current public health emergency, the Court will advise the parties at that time if it will decide the matter on the papers and, if so, whether supplemental briefing, limited to the questions raised in this Court's March 18, 2020 order (Dkt. 57), may be filed.

This order terminates Defendants' Administrative Motion. Dkt. 59. No opposition may be filed.

**SO ORDERED.**

Dated: March 24, 2020

SUSAN VAN KEULEN
United States Magistrate Judge