Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

A.O., et al. )
                 ) Case No: 5:19-CV-06151
                Plaintiff(s), )
                 ) **APPLICATION FOR**
   v. ) **ADMISSION OF ATTORNEY**
                 ) **PRO HAC VICE**
KENNETH T. CUCCINELLI, et al. ) (CIVIL LOCAL RULE 11-3)
                 )
                Defendant(s). )

    I, Ashley A. Satterlee, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs A.O., A.S.R., L.C., R.M., I.Z.M. in the above-entitled action. My local co-counsel in this case is Linda Dakin-Grimm, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Milbank LLP<br>55 Hudson Yards<br>New York, NY 10001 | Milbank LLP<br>2029 Century Park East 33rd Floor<br>Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 520-5422 | (424) 386-4404 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| asatterlee@milbank.com | ldakin-grimm@milbank.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5684311.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/24/20            /s/ Ashley A. Satterlee
                                                            APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Ashley A. Satterlee is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 25, 2020           /s/ Susan van Keulen
                                     UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE