UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. O., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KENNETH T. CUCCINELLI, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-06151-SVK<br><br>**ORDER REGARDING DISCOVERY DISPUTE**<br><br>Re: Dkt. Nos. 71, 74 |

On June 30, 2020, the Court held a hearing on the Parties' discovery dispute regarding whether Plaintiffs are entitled to pre-class certification discovery. Dkt. 71. This hearing was held remotely via Zoom pursuant to N.D. Cal. General Order No. 72-4. For the reasons set forth at the hearing, the Court **ORDERS** as follows:

As to RFP Nos. 1-5: Defendants must produce the *J.L. v. Cissna* class list in its entirety as to all persons whose petitions are pending, approved, or denied. The attorney contact information contained in the class list must be complete. If the class list indicates that a person has been issued a final order of removal, Defendants must identify if that person was in fact removed and, if so, the date of removal. The class list and the additional information regarding removal must be produced by **July 6, 2020**. If Defendants need additional time to procure the information regarding removal, they must meet and confer with Plaintiffs and provide a specific extension. The Court **DENIES** Plaintiffs' request for production of any I-360 petitions.

As to RFP No. 6, Plaintiffs' request is **DENIED**.

As to RFP Nos. 7-8, the Court finds that these requests are addressed by the Court's ruling on RFP Nos. 1-5.

////

////

As to RFP Nos. 9-11, Plaintiffs' requests are **DENIED**.

**SO ORDERED.**

Dated: June 30, 2020

SUSAN VAN KEULEN
United States Magistrate Judge

2