Thomas R. Kreller (CA 161922)
TKreller@milbank.com
Linda Dakin-Grimm (CA 119630)
LDakin-grimm@milbank.com
Andrew B. Lichtenberg (*pro hac vice*)
ALichtenberg@milbank.com
Katherine Kelly Fell (*pro hac vice*)
KFell@milbank.com
Ashley A. Satterlee (*pro hac vice*)
ASatterlee@milbank.com
MILBANK LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
Telephone:    424-386-4000
Facsimile:    213-892-4704

Andrea Ramos (CA 162531)
aramos@swlaw.edu
Clinical Professor of Law
Director of Immigration Law Clinic
Southwestern Law School
3050 Wilshire Boulevard
Los Angeles, CA 90010
Telephone:    213 738-7922
Facsimile:    213 738-5751
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.O., A.S.R, L.C., R.M., and I.Z.M., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH T. CUCCINELLI, Acting Director, U.S. Citizenship and Immigration Services, KEVIN K. MCALEENAN, Acting Secretary, U.S. Department of Homeland Security, ROBERT COWAN, Director, National Benefits Center, U.S. Citizenship and Immigration Services, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES.<br><br>Defendants. | Case No. 5:19-CV-06151-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND TO EXTEND CLASS CERTIFICATION BRIEFING SCHEDULE** |

1  The parties, through counsel, hereby stipulate and request the Court to extend by two weeks (1) the deadline for Defendants to file the Certified Administrative Record and (2) the class certification briefing schedule.  This is the second request by the parties to extend the class certification briefing schedule.  In its Order on Joint Discovery Letter Dated July 23, 2020, Dkt. No. 94, the Court stated that Plaintiffs may request an extension to the class certification briefing schedule.  The parties request a brief extension given the ongoing settlement negotiations before Magistrate Judge Ryu.

The parties request that the Court extend the deadlines to:

    a.  September 14, 2020: Deadline to File Motion for Class Certification

    b.  September 15, 2020: Deadline to file the Certified Administrative Record

    c.  October 21, 2020: Deadline to Oppose Class Certification

    d.  November 16, 2020: Deadline to Reply in Further Support of Class Certification

The parties further request a stay of the hearing on the motion for class certification to December 1, 2020.  No other motions or hearings are scheduled at this time.  The parties may request another extension or stay depending on the status of the parties' settlement negotiations.

Dated: August 27, 2020

By: */s/ Ashley A. Satterlee*

**MILBANK LLP**
THOMAS R. KRELLER
LINDA DAKIN-GRIMM
ANDREW B. LICHTENBERG
KATHERINE KELLY FELL
ASHLEY A. SATTERLEE

**SOUTHWESTERN LAW SCHOOL**
ANDREA RAMOS

*Attorneys for Plaintiffs*

| | |
|---|---|
| Dated: August 27, 2020 | DAVID L. ANDERSON<br>United States Attorney<br><br>By: */s/ Kate Masetta-Alvarez*<br><br>JAMES A. SCHARF<br>Assistant United States Attorney<br><br>KATE MASETTA-ALVAREZ<br>Trial Attorney<br>United States Department of Justice<br>Office of Immigration Litigation<br><br>*Attorneys for Defendants* |

[PROPOSED] ORDER

GOOD CAUSE APPEARING AND PURSUANT TO STIPULATION, Defendants will file the Certified Administrative Record by September 15, 2020.  Plaintiffs shall file their motion for class certification by September 14, 2020; Defendants shall file their opposition brief to the motion for class certification by October 21, 2020; and Plaintiffs shall file their reply brief by November 16, 2020.  The hearing on the motion for class certification will take place on December 1, 2020 at 10:00 a.m.

**IT IS SO ORDERED**

Dated: August __, 2020

HON. SUSAN VAN KEULEN

United States Magistrate Judge