1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  JAMES A. SCHARF (CABN 152171)
   Assistant United States Attorney
4  150 Almaden Blvd., Suite 900
   San Jose, California 95113
5  Telephone: (408) 535-5044
   FAX: (408) 535-5081
6  E-mail: james.scharf@usdoj.gov

7  KATELYN MASETTA-ALVAREZ
   Trial Attorney
8  United States Department of Justice
   Office of Immigration Litigation
9  District Court Section
   P.O. Box 868, Ben Franklin Station
10 Washington, D.C. 20044
   Tel.: (202) 514-1020
11 Fax: (202) 305-7000
   Katelyn.masetta.alvarez@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A.O., et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>KENNETH T. CUCCINELLI, et al.,<br><br>            Defendants. | Case No.  19-CV-06151 SVK<br><br>**STIPULATION AND [PROPOSED]**<br>**SECOND SUPPLEMENTAL**<br>**PROTECTIVE ORDER** |

Whereas, in connection with the ongoing proceedings before Magistrate Judge Ryu that were referred by this Court on June 15, 2020 [ECF No. 72], Plaintiffs have requested the state-court order of a

STIPULATION AND [PROPOSED] SECOND SUPPLEMENTAL PROTECTIVE ORDER
CASE NO. 19-CV-06151 SVK

1

1 particular individual on the list of individuals produced by Defendants pursuant to this Court's June 30,
2 2020 Order [ECF No. 77] to determine that individual's class membership.
3       Whereas, Defendants state that the current Protective Order dated December 13, 2019, Dkt. No.
4 36, and Supplemental Protective Order dated July 6, 2020, Dkt. No. 83, may be insufficient to protect
5 Defendants from claims that production of the individual's state-court order may violate the provisions
6 of the Privacy Act, 5 U.S.C. § 552a(b).
7       Therefore, the Parties respectfully request the Court to issue the proposed Second Supplemental
8 Protective Order that will enable Defendants to produce the individual's state-court order so that
9 Plaintiffs may ascertain the individual's class membership.

11 Dated: November 18, 2020　　　　　　　　　　　Respectfully submitted,

12 　　　　　　　　　　　　　　　　　　　　　　　DAVID L. ANDERSON
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

14 　　　　　　　　　　　　　　　　　　　　　　　*/s/ James A. Scharf*_____
　　　　　　　　　　　　　　　　　　　　　　　JAMES A. SCHARF
15 　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

17 　　　　　　　　　　　　　　　　　　　　　　　*/s/ Katelyn Masetta-Alvarez*_____
　　　　　　　　　　　　　　　　　　　　　　　KATELYN MASETTA-ALVAREZ
　　　　　　　　　　　　　　　　　　　　　　　Trial Attorney
18 　　　　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　　　　Office of Immigration Litigation – District Court
19 　　　　　　　　　　　　　　　　　　　　　　　Section
　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 868, Ben Franklin Station
20 　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20044
　　　　　　　　　　　　　　　　　　　　　　　(202) 514-0120
21 　　　　　　　　　　　　　　　　　　　　　　　Katelyn.masetta.alvarez@usdoj.gov

22 　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

28 STIPULATION AND [PROPOSED] SECOND SUPPLEMENTAL PROTECTIVE ORDER
CASE NO. 19-CV-06151 SVK

1
2
3
4   **MILBANK LLP**
    THOMAS R. KRELLER
5   LINDA DAKIN-GRIMM
    ANDREW B. LICHTENBERG
6   KATHERINE KELLY FELL
    2029 Century Park East, 33rd Fl.
7   Los Angeles, CA 90067
    Telephone: 424-386-4000
8   Facsimile: 213-892-4704

9   **SOUTHWESTERN LAW SCHOOL**
10  ANDREA RAMOS
    Clinical Professor of Law
11  Director of Immigration Law Clinic
12  Southwestern Law School
    3050 Wilshire Boulevard
13  Los Angeles, CA 90010
    Telephone: 213 738-7922
14  Facsimile: 213 738-5751
    By: */s/ Katherine Fell*
15  _____
    Attorneys for Plaintiffs
16  A.O., A.S.R., L.C., R.M., and
    I.Z.M., on behalf of themselves
17  and all others similarly situated

18
19
20
21
22
23
24
25
26
27
28  STIPULATION AND [PROPOSED] SECOND SUPPLEMENTAL PROTECTIVE ORDER
    CASE NO. 19-CV-06151 SVK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A.O., et al., <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH T. CUCCINELLI, et al., <br><br> Defendants. | Case No. 19-CV-06151 SVK <br><br> [PROPOSED] SECOND SUPPLEMENTAL PROTECTIVE ORDER |

GOOD CAUSE APPEARING AND PURSUANT TO STIPULATION,

The Court authorizes and orders Defendants to produce to Plaintiffs' counsel the state court order of an individual on the list of potential class members produced by Defendants on July 15, 2020 (updated on August 14, 2020) to determine his class membership, in connection with the ongoing proceedings before Magistrate Judge Ryu that were referred by this Court on June 15, 2020 [ECF No. 72]. The information contained in the individual's state-court order shall be designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" due to the personal privacy information contained in the order, including the individual's date of birth, third-party information, and information about parental mistreatment. The term "Highly Confidential-Attorneys' Eyes Only Information" means any Confidential Information that is so competitively sensitive that it could cause harm to that party, or a nonparty, if disclosed to another party in this action. Highly Confidential-Attorneys' Eyes Only Information shall not be communicated or disclosed by the recipient in any manner to anyone other than the following persons with a reasonable need to know in relation to their duties in connection with this litigation:

|   |   |   |
|---|---|---|
| (i) | | Attorneys of record for the parties to this litigation, as well as employees of the parties to whom counsel deems it essential to show a document designated Highly Confidential-Attorneys' Eyes Only; |
| (ii) | | Any mediator or other neutral appointed by the Court or chosen by the parties; |
| (iii) | | Persons shown on the face of any document to have authored or received it; |
| (iv) | | This Court and Court personnel; |
| (v) | | The individual's counsel of record for his I-360 Petition; |
| (vi) | | Any other person on such terms and conditions as the parties may mutually agree, or as the Court may hereafter direct by further order. |

The Privacy Act prohibits federal government agencies from disclosing "any record [about an individual] which is contained in a system of records." 5 U.S.C. Section 552a(b).  However, the Privacy Act allows for disclosure "pursuant to the order of a court of competent jurisdiction." The parties agree that Defendants may produce a state-court order related to an SIJ petition pursuant to this Paragraph of the Protective Order if the Court so orders.  Accordingly, the parties request the Court to authorize and order Defendants to produce the individual's state court order submitted with his Special Immigrant Juvenile petition pursuant to this Paragraph of the Stipulated Protective Order upon Plaintiffs' request.

**IT IS SO ORDERED.**

DATED:  November 19, 2020

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge