UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. O., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>KENNETH T. CUCCINELLI, et al.,<br><br>　　　　　　Defendants. | Case No.  19-cv-06151-SVK<br><br>**REQUEST FOR STATUS** |

The Court understands that the parties have been engaged in on-going settlement discussions in advance of the hearings on Motion for Class Certification (Dkt. 105) and Motion to Dissolve or, Alternatively, Modify the Preliminary Injunction (Dkt. 124) set before this Court on May 4, 2021 (Dkt. 127).  The Court requests a status report as to the pending motions no later than **12 p.m. on Friday, April 30, 2021**.

**SO ORDERED.**

Dated: April 29, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge