STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JAMES A. SCHARF (CABN 152171)
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, California 95113
 (415) 912-6370 (cell)
*james.scharf@usdoj.gov*

ELIZABETH R. VEIT (NYRN 4953279)
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
(202) 598-0813 (office)
*Elizabeth.R.Veit@usdoj.gov*

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| A.O., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TRACY RENAUD, et al.,<br><br>    Defendants. | Case No.  19-CV-06151 SVK<br><br>**JOINT SETTLEMENT STATUS REPORT AND DEFENDANTS' REQUEST TO CONTINUE THE JULY 27, 2021 OSC HEARING  AS MODIFIED BY THE COURT** |

The parties, through counsel, hereby submit this Joint Settlement Status Report and Defendants' Unopposed Request to Continue the July 27, 2021 OSC Hearing in response to the Court's June 7, 2021 Order to Show Cause re Settlement, Dkt. No. 133.

The parties are working as expeditiously as possible to consummate the settlement.  On July 1, 2021, the parties' principal negotiators finished finalizing all documents related to settlement, including the Settlement Agreement, the Notice of Proposed Class Action Settlement, Notice of Final Settlement,

and Notice of Compliance Report -- subject to final review and approval by agency leadership, DOJ's Office of Immigration Litigation ("OIL") and the United States Attorney's Office ("USAO"). The Settlement Agreement resolves all issues in this case, including fees and costs.

On July 2, 2021, defense counsel sent the Settlement Agreement and the related documents to agency leadership for final review and approval. Defense counsel anticipates that they will receive the agency leadership's response by July 30, 2021. Defense counsel is optimistic that agency leadership will approve the Settlement Agreement and related documents because the principal negotiators attempted to address issues raised by agency leadership during the settlement negotiations.

Once agency leadership approves the Settlement Agreement and the related documents, defense counsel estimates that it will take OIL and USAO two additional weeks at the most to render their approvals. Defense counsel is optimistic that OIL and USAO will approve the Settlement Agreement because an OIL attorney (Ms. Masetta-Alvarez) was one of Defendants' principal negotiators, and an Assistant United States Attorney (Mr. Scharf) monitored the settlement process.

After all the necessary government approvals are obtained, the parties will promptly file a joint motion for preliminary approval of the Settlement Agreement, which will include a request for the Court to approve the putative class for purposes of settlement.

Accordingly, Defendants respectfully request the Court to continue the July 27, 2021 hearing to August 20, 2021, or any date thereafter as may be convenient to the Court. The requested continuance should provide the parties sufficient time to resolve any issues raised by agency leadership, OIL, or the USAO, and to file the joint motion for preliminary approval of the Settlement Agreement. Plaintiffs do not object to this request.

By way of further update, Elizabeth R. Veit is the OIL-DCS attorney handling this case while Katelyn Masetta-Alvarez is on leave.

Finally, the parties wish to thank again Magistrate Judge Ryu for the substantial amount of time and energy she devoted in facilitation of this settlement.

Dated: July 19, 2021                                          Respectfully submitted,
JOINT SETTLEMENT STATUS REPORT AND DEFENDANTS' REQUEST TO CONTINUE THE JULY 27, 2021 OSC HEARING  AS MODIFIED BY THE COURT
CASE NO. 19-CV-06151 SVK

2

STEPHANIE M. HINDS
United States Attorney

 */s/ James A. Scharf*
JAMES A. SCHARF
Assistant United States Attorney

 */s/ Elizabeth R. Veit*
ELIZABETH R. VEIT
Trial Attorney
United States Department of Justice
Office of Immigration Litigation

Attorneys for Defendants

**MILBANK LLP**
THOMAS R. KRELLER
LINDA DAKIN-GRIMM
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
Telephone: 424-386-4000
Facsimile: 213-892-4704

ANDREW B. LICHTENBERG
KATHERINE KELLY FELL
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

**SOUTHWESTERN LAW SCHOOL**
ANDREA RAMOS
Clinical Professor of Law
Director of Immigration Law Clinic
Southwestern Law School
3050 Wilshire Boulevard
Los Angeles, CA 90010
Telephone: 213 738-7922
Facsimile: 213 738-5751

Attorneys for Plaintiffs
A.O., A.S.R., L.C., R.M., and I.Z.M., on behalf of themselves and all others similarly situated

The Court continues the July 27, 2021 OSC hearing to **August 24, 2021 at 1:30 p.m.**

**Dated:** July 20, 2021

*Susan van Keulen* (signature)

The Honorable Susan van Keulen
United States Magistrate Judge

JOINT SETTLEMENT STATUS REPORT AND DEFENDANTS' REQUEST TO CONTINUE THE JULY 27, 2021 OSC HEARING  AS MODIFIED BY THE COURT
CASE NO. 19-CV-06151 SVK

3