# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

A.O., et al.,

                Plaintiffs,

v.

UR M. JADDOU[1], et al.,

                Defendants.

Case No. 19-CV-06151 SVK

**ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT, AS MODIFIED**

      The Court determines, preliminarily, that the Parties' August 17, 2021 Settlement Agreement ("the Settlement Agreement") and its terms fall within the range of reasonableness and merits final approval.

      The Court also determines that the Class Notice and notice procedure as described in the Settlement Agreement: (i) meets the requirements of Rule 23(e)(1) and due process; (ii) is the best practicable notice under the circumstances; (iii) is reasonably calculated, under the circumstances, to apprise the Class Members of their right to object to the proposed Settlement; and (iv) is reasonable and constitutes due, adequate, and sufficient notice to all those entitled to receive notice.

      Having determined the above, the Court hereby **GRANTS** the Parties' Joint Motion for Preliminary Approval of the Settlement Agreement, and orders the following:

1. The proposed Notice of Proposed Settlement and Fairness Hearing and notice procedure, as set forth in the Settlement Agreement, are approved;

2. There are no rights to "opt-out" of the Settlement Agreement and the proposed agreement would bind Class Members;

3. The Parties shall cause the Class Notice to be disseminated in the manner set forth in the Settlement Agreement on or before the Notice Date;

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Director Ur M. Jaddou is automatically substituted for former Acting Director Tracy Renaud.

[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT
CASE NO. 19-CV-06151 SVK

4. Any Class Member who wishes to object to the fairness, reasonableness, or adequacy of the Settlement must submit his or her objection ("Objection") to the Court in writing, via regular mail on or before the Objection Date, with copies to counsel for the Parties. Such Objection shall include a statement of his or her objection, as well as the specific reason, if any, for each objection, including any legal support the Class Member wishes to bring the Court's attention and any evidence the Class Member wishes to introduce in support of his or her objection, and to state whether the Class Member wishes to bring the Court's attention and any evidence the Class Member wishes to introduce in support of his or her objection, and to state whether the Class Member and/or his or her counsel wishes to make an appearance at the Approval Hearing, or be barred from separately objecting;

5. The Notice Date is hereby set for **August 26, 2021**.

6. The Objection Date is hereby set for **September 30, 2021**.

7. The Response to Objections Date is hereby set for **October 22, 2021**.

8. The Final Approval Hearing to consider the fairness, reasonableness, and adequacy of the Settlement Agreement is hereby set for **November 23, 2021 at 10 a.m**. in Courtroom 6, 4th Floor, U.S. District Court, 280 S. First Street, San Jose, California. This hearing may proceed by video conference if so indicated on ECF.

**IT IS SO ORDERED.**

DATED:  August 19, , 2021.

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge