# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.O., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UR M. JADDOU, et al., <br><br> Defendants. | Case No. 5:9-CV-06151-SVK <br><br> **ORDER GRANTING JOINT MOTION FOR CLASS CERTIFICATION FOR SETTLEMENT PURPOSES** |

Before the Court is the Parties' Joint Motion Requesting that the Court Deem Plaintiffs' Motion for Class Certification to be a Motion for Class Certification for Settlement Purposes Only. The Court, having considered the joint motion and all papers and arguments in connection therewith, for good cause and pursuant to the agreement of the parties, hereby orders as follows:

1. The following class is certified for settlement purposes under Federal Rules of Civil Procedure 23(b)(2):

   > California children who have been declared dependent on a juvenile court under Section 300 of the California Welfare and Institutions Code and who have received or will receive denials of their SIJS petitions on the grounds that the state court cannot reunify them with their parents.

2. Plaintiffs A.O., A.S.R., L.C., R.M., and I.Z.M. are hereby appointed to serve as representatives of the class;

3. Milbank LLP and Andrea Ramos, Clinical Professor of Law and Director of Immigration Law Clinic at Southwestern Law School are hereby appointed as Class Counsel.

   **IT IS SO ORDERED.**

Dated: August 19, 2021

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge